1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARKASH NARAYN,                          No.  2:13-cv-1238 LKK AC PS

       Plaintiff,

    v.                                             ORDER

CITIBANK, N.A.,

       Defendant.

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On September 4, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

       1.  The findings and recommendations filed September 4, 2013, are adopted in full;

       2.  Defendant's amended motion to dismiss (ECF No. 6) is granted;

1

3. Plaintiff's TCPA claim is dismissed with prejudice;

4. Plaintiff's complaint is dismissed; and

5. Plaintiff is granted leave to file an amended complaint within thirty days from the date of this order.

DATED: October 11, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT