1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYN, | No.  2:13-cv-1238 LKK AC PS |
| Plaintiff, | |
| v. | ORDER |
| CITIBANK, N.A., | |
| Defendant. | |

This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se.  On November 8, 2013, a notice of appearance was filed by Andre L. Verdun on behalf of plaintiff Prakash Narayan.  Since all parties are now represented by counsel, IT IS HEREBY ORDERED that:

   1. This matter is referred back to the District Judge assigned to this action.

   2. All dates pending before the undersigned are vacated;

   3. Henceforth the caption on documents filed in this action shall be 2:13-cv-1238-LKK-AC.

DATED: November 18, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1