UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | No.  2:13-cv-1238 LKK AC PS<br><br><br>ORDER |

　　　This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se.  On November 8, 2013, a notice of appearance was filed by Andre L. Verdun on behalf of plaintiff Prakash Narayan.  Since all parties are now represented by counsel, IT IS HEREBY ORDERED that:

　　　1. This matter is referred back to the District Judge assigned to this action.

　　　2. All dates pending before the undersigned are vacated;

　　　3. Henceforth the caption on documents filed in this action shall be 2:13-cv-1238-LKK-AC.

DATED: November 18, 2013

　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1