1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   PRAKASH NARAYAN,                      No.  CIV. S-13-1238 LKK/AC PS

12               Plaintiff,

13        v.                               **ORDER**

14   CITIBANK, N.A.,

15               Defendant.

16

17        Pending before the court is defendant Citibank's motion to

18   compel arbitration.  ECF No. 21.  In response to the motion,

19   plaintiff Parkash Narayan filed a demand for arbitration,

20   requested that defendant's motion to compel be denied as moot,

21   and requested that this action be stayed pending the outcome of

22   the arbitration.  ECF No. 23.  Defendant has now agreed that the

23   matter should be stayed pending the outcome of the arbitration,

24   and the motion denied as moot.  ECF No. 23.

25        Accordingly, the court orders as follows:

26        1.   Defendant's motion to compel arbitration (ECF No. 21)

27   is **DENIED** as moot;

28
                                    1

1      2.    This action is **STAYED** pending the outcome of the

2 arbitration;

3      3.    All dates and deadlines in this matter are **VACATED**; and

4      4.    Plaintiff shall notify the court of the conclusion of

5 the arbitration within 10 days thereof.

6      IT IS SO ORDERED.

7      DATED:  January 16, 2014.

8

9

10

11                            LAWRENCE K. KARLTON

                               SENIOR JUDGE

12                            UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28